IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CR-055-RLV-DCK

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| AARON BANKS DIXON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 33) filed November 1, 2018. In accordance with the Local Rules, the Court has considered the Motion to Continue Trial Date, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Motion To Continue Trial Date contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 33) is **GRANTED**, and Defendant's "Unopposed Motion To Continue Trial Date" (Document No. 32) is sealed until further Order of this Court.

Signed: November 1, 2018

_____
David C. Keesler
United States Magistrate Judge