UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:17CR55-RLV |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| AARON BANKS DIXON | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. Between May 2012 and March 2013, on numerous occasions, the defendant did use, persuade, induce, and entice Victim 1, a 3-4 year old female, and Victim 2, a 1 year old male, to engage in sexually explicit conduct, including oral sex, digital penetration, and lascivious display of genitals.

2. The visual depictions of the minors engaging in sexually explicit conduct were transmitted using means and facilities of interstate and foreign commerce. On some occasions, Defendant sexually exploited Victim 1 and Victim 2 via a live transmission on Skype, which is an internet messaging application that allows users to video chat. On other occasions, the visual

depictions depicting the sexual exploitation of Victim 1 were transmitted via email and text message.

R. ANDREW MURRAY

UNITED STATES ATTORNEY

_____
CORTNEY RANDALL
ASSISTANT UNITED STATES ATTORNEY

_____
EMILY WASSERMAN
ASSISTANT UNITED STATES ATTORNEY


### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Superseding Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Superseding Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____                DATED: 4/9/19
ANTHONY MARTINEZ, Attorney for Defendant

_____                DATED: 4/9/19
RAHWA GEBRE-EGZHIBER, Attorney for Defendant

2