IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CR-055-RLV-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| AARON BANKS DIXON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 69) filed October 31, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Documents Of Support contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 69) is **GRANTED**, and Defendant's "Documents Of Support" (Document No. 68) is sealed until further Order of this Court.

Signed: October 31, 2019

David C. Keesler
United States Magistrate Judge